IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiff(s),

v.

EDMUND NASEM, JR., et al.,

Defendant(s).

---

MINUTE ORDER

---

It is hereby ORDERED that the Motion to Reset Scheduling Conference, docket number 5, filed with the Court on September 13, 2005,  is DENIED AS MOOT.

It is hereby ORDERED that the Amended Motion to Reset Scheduling Conference Currently Set for September 27, 2005, at 9:30 a.m., docket number 7, filed with the Court on September 14, 2005, is GRANTED and the Scheduling Conference set on September 27, 2005, at 9:30 a.m., is VACATED and RESET on October 12, 2005, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:  September 14, 2005