IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01408-WYD-MJW

DARIN K. BROWN;
STEPHEN C. BROWN; and
CHERI BROWN,

    Plaintiffs,

v.

EDMUND NAGEN, JR.; and
SOUTHWEST MEDICAL SUPPLY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Plaintiffs' Unopposed Motion to Amend Case Caption (#17), filed October 20, 2005, is GRANTED.

    Dated:  October 21, 2005

                                      s/ M. Brooke McKinley
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge