IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01408-WYD-MJW

DARIN K. BROWN;
STEPHEN C. BROWN; and
CHERI BROWN,

      Plaintiffs,

v.

EDMUND NAGEM, JR.; and
SOUTHWEST MEDICAL SUPPLY,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      The Plaintiffs' Amended Unopposed Motion to Amend Case Caption (#20), filed October 24, 2005, is GRANTED.

      Dated:  October 25, 2005


                s/ M. Brooke McKinley
                Law Clerk to
                Wiley Y. Daniel
                U. S. District Judge