IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiff(s),

v.

EDMUND NAGEN, JR., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff Darin K. Brown's Motions for Extension to File Expert Reports (docket nos. 32 and 33) are both GRANTED finding good cause shown. The deadline for Plaintiff Darin K. Brown to disclose his economic experts is extended to March 28, 2006.

It is FURTHER ORDERED that Plaintiff's Motion to Vacate and Reschedule March 6, 2006, Settlement Conference (docket no. 340) is GRANTED. The Settlement Conference set on March 6, 2006, at 10:30 a.m. is VACATED and reset to July 21, 2006, at 10:30 a.m. The parties shall submit their updated confidential settlement statements to Magistrate Judge Watanabe five (5) days prior to the settlement conference.

Date:  February 27, 2006