IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiff(s),

v.

EDMUND NAGEN, JR., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendants' Unopposed Motion to Amend Answer (docket no. 40) is GRANTED. The parties shall refile the Amended Answer and Jury Demand on or before March 10, 2006.

It is FURTHER ORDERED that the Defendants' Motion for Extension to File Expert Disclosures (docket no. 38) is GRANTED. The Defendants shall have up to and including March 8, 2006, to serve Plaintiff with their expert reports.

Date: March 3, 2006