IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01408-WYD-MJW

DARIN K. BROWN;
STEPHEN C. BROWN; and
CHERI BROWN,

    Plaintiffs,

v.

EDMUND NAGEM, JR.; and
SOUTHWEST MEDICAL SUPPLY,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion to Amend Complaint to Permit Punitive or Exemplary Damages Pursuant to C.R.S. § 13-21-102(1.5) [# 44], filed March 23, 2006, is stricken with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated:  April 5, 2006

                                                   s/ M. Brooke McKinley
                                                   Law Clerk to
                                                   Wiley Y. Daniel
                                                   U. S. District Judge