IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiffs,

v.

EDMUND NAGEN, JR., et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Withdrawal of Motion to Compel Plaintiff Stephen Brown's Response to Defendants' Third Request for Production of Documents No. 2 (March 4, 2006) [sic], which was filed on April 25, 2006 (Docket No. 62), is granted, and thus Defendants' Motion to Compel (Docket No. 46) is deemed withdrawn.

Date: April 26, 2006