IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiffs,

v.

EDMUND NAGEN, JR., et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff Darin Brown's Motion to Compel Defendant Edmund Nagem, Jr.'s Discovery Responses (docket no. 60) is DENIED as MOOT. Defendant Nagem has provided such discovery responses to Plaintiff Brown as of May 15, 2006.

Date:  May 17, 2006