IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01408-WYD-MJW

DARIN K. BROWN;
STEPHEN C. BROWN; and
CHERI BROWN,

    Plaintiffs,

v.

EDMUND NAGEM, JR.; and
SOUTHWEST MEDICAL SUPPLY,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion to Permit Filing of Reply in Support of Objection to Magistrate's Recommendations and Plaintiffs' Request the Court Accept Their Objection to Magistrate's Recommendations of April 28, 2006 [# 77], filed June 13, 2006, is **GRANTED**, and the Reply is deemed filed.

    Dated:  June 13, 2006