IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01408-WYD-MJW

DARIN K. BROWN;
STEPHEN C. BROWN; and
CHERI BROWN,

    Plaintiffs,

v.

EDMUND NAGEM, JR.; and
SOUTHWEST MEDICAL SUPPLY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff Darin Brown's Amended Motion for Continuance of Oral Argument on Objection to Magistrate's Recommendations [# 91], filed July 6, 2006, is **GRANTED**. The hearing scheduled for Friday, July 7, 2006, at 2:30 p.m. is **VACATED and RESET** to **Friday, July 28, 2006, at 2:30 p.m.**

    Plaintiff Darin Brown's Motion for Continuance of Oral Argument on Objection to Magistrate's Recommendations [# 90], filed July 5, 2006, is **DENIED AS MOOT**.

    Dated:  July 6, 2006