IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiffs,

v.

EDMUND NAGEN, JR., et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference (Docket no. 96) is GRANTED finding good cause shown. The Settlement Conference set on August 7, 2006, at 1:30 p.m., is VACATED. The parties are going to proceed to private mediation with Judge Neighbors from the Judicial Arbiter Group. The parties shall file a Joint Status Report with the court within five (5) days following their mediation with Judge Neighbors and such report shall inform this court on the status of settlement.

Date:   August 1, 2006