IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Case Number: 05-cv-01408-WYD-MJW

DARIN K. BROWN, STEPHEN C. BROWN and CHERI BROWN

Plaintiffs,

vs.

EDMUND NAGEM, JR., and SOUTHWEST MEDICAL SUPPLY

Defendants.

---

ORDER RE: JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER
(Docket No 101)

THIS MATTER coming on the Joint Motion for Modification of the Scheduling Order. Said Motion is GRANTED and the following Scheduling Order will be changed to reflect the following dates:

- Discover is permitted on the punitive damage claim through and including September 26, 2006; and

- Dispositive motions with regarding to the punitive damage claim are permitted through and including October 26, 2006.

Done this 11TH day of August, 2006.

_____
Judge/Magistrate

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

1