IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiff(s),

v.

EDMUND NAGEM, JR., et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion for Court to Order New Settlement Conference at Defendant Edmund Nagem, Jr.'s Expense (docket no. 116) is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED insofar as this court will set another settlement conference.  The motion is DENIED as to the remainder of the motion.

     It is FURTHER ORDERED that this case is set for a settlement conference before Magistrate Judge Watanabe on April 16, 2007, at 3:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. At the settlement conference, the parties and counsel shall be physically present.  Also, representatives from **ALL** insurance carriers, including but not limited to, the liability and excess and/or umbrella carriers.  In addition, Defendant's Nagem's personal attorney shall also be present in person. The parties shall submit their updated confidential settlement statements to Magistrate Judge Watanabe five (5) prior to the settlement conference.

Date:  January 10, 2007