IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01408-WYD-MJW

DARIN K. BROWN;
STEPHEN C. BROWN; and
CHERI BROWN,

     Plaintiffs,

v.

EDMUND NAGEM, JR.; and
SOUTHWEST MEDICAL SUPPLY,

     Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties Stipulation to Dismiss With Prejudice Plaintiff Stephen C. Brown and Cheri Brown's Claims Against Defendants Edmund Nagem, Jr. and Southwest Medical Supply [# 133], filed March 13, 2007.  After careful review of the file, the Court has concluded that the motion should be approved and that Plaintiffs' claims against the Defendants should be **DISMISSED WITH PREJUDICE**.

Accordingly, it is

ORDERED that the Stipulation to Dismiss With Prejudice Plaintiff Stephen C. Brown and Cheri Brown's Claims Against Defendants Edmund Nagem, Jr. and Southwest Medical Supply [# 133] is **APPROVED**.  It is

FURTHER ORDERED that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated: March 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge