IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01408-WYD-MJW

DARIN K. BROWN,

    Plaintiff,

v.

EDMUND NAGEM, JR.; and
SOUTHWEST MEDICAL SUPPLY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Southwest Medical Supply's Motion for Leave to Amend the Scheduling Order [# 141], filed June 12, 2007, is **GRANTED.**  Southwest Medical Supply's Motion for Summary Judgment [# 142] is accepted for filing.

    Dated:  July 9, 2007