IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01408-WYD-MJW

DARIN K. BROWN,

    Plaintiff,

v.

EDMUND NAGEM, JR.; and
SOUTHWEST MEDICAL SUPPLY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion to Vacate Trial Date [# 167], filed July 11, 2007, is **GRANTED.**  The Final Trial Preparation Conference set for October 26, 2007 and the Jury Trial set for November 26, 2007 are **VACATED.**  Counsel is ordered to contact the Court to reschedule by **August 10, 2007.**

    Dated:  July 12, 2007