IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiff(s),

v.

EDMUND NAGEM, JR., et al.,

Defendant(s).

MINUTE ORDER

     Based upon Plaintiff's response (docket no. 150), it is hereby ORDERED that Defendants' Motion to Amend Pretrial Ordered Filed November 16, 2006 (docket no. 150), is DENIED WITHOUT PREJUDICE.  The parties are to meet and confer to see if they can work out their differences concerning the Final Pretrial Order.  If not, then Defendants are granted leave to re-file their motion to amend pretrial order.

     It is FURTHER ORDERED that Plaintiff's Motion for Late Disclosure of Lay Witness [Scott Brown] (docket no. 151) is GRANTED.  Defendants did not file any response to this motion and therefore this court deems the motion confessed.

     It is FURTHER ORDERED that the Plaintiff's Motion to Take Video Preservation Deposition of Dr. Gregory Buchalter, (docket no. 153), is GRANTED and same shall proceed on August 3, 2007, at 12:30 p.m., as scheduled.

Date:  July 20, 2007