IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiff(s),

v.

EDMUND NAGEM, JR., et al.,

Defendant(s).

## ORDER

It is hereby ORDERED that Defendant's Motion for Reconsideration (docket no. 182) is DENIED.  Defendants never moved this court to extend time to respond to Plaintiff's Motion for Late Disclosure of Lay Witness [Scott Brown](docket no. 151).  In fact, Defendants did not file any response to this motion and therefore this court deemed the motion confessed.  See docket no. 177.  Moreover, docket no. 177 was issued by this court on July 20, 2007.  Defendants have now again waited until August 1, 2007, to file the subject motion (docket no. 182).  I find no basis to grant such relief.

It is FURTHER ORDERED that Plaintiff shall have up to and including August 13, 2007, to file any response to Defendants' Motion to Strike Brown's Second, Third, and Fourth Supplemental Expert Witness Disclosures (docket no. 181).

BY THE COURT:

Dated: August 2, 2007
Denver, Colorado

s/Michael J. Watanabe
MICHAEL J. WATANABE
US MAGISTRATE JUDGE