IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN, et al.,

Plaintiff(s),

v.

EDMUND NAGEM, JR., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Motion to Strike Brown's Second, Third, and Fourth Supplemental Expert Witness Disclosures (docket no. 181) is DENIED for the reasons stated in the Plaintiff's response (docket no. 185).  Moreover, this court finds no prejudice to Defendants noting that Judge Daniel, per minute order (docket no. 180), has set the jury trial for this case on Monday, May 19, 2008, at 9:00 a.m.  He has further set a trial preparation conference on Friday, April 18, 2008, at 9:00 a.m.

Date: August 22, 2007