IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01408-WYD-MJW

DARIN K. BROWN,

      Plaintiff,

v.

EDMUND NAGEM, JR. and
SOUTHWEST MEDICAL SUPPLY,

      Defendants.

---

## ORDER

---

THIS MATTER is before the Court on the following motions: (1) Defendant's

First Motion in Limine re. Nagem's Financial Assets (docket #144), filed June 13, 2007;

(2) Defendant's First Motion in Limine re. Nagem's Hobby of Car Racing (docket #145),

filed June 13, 2007; (3) Defendant's First Motion in Limine to Limit the Testimony of

Aaron and Tanya Ramsay (docket #147), filed June 19, 2007; (4) Defendant's First

Motion in Limine re. Plaintiff's Reference to Settlement Negotiations (docket #148),

filed June 19, 2007; and (5) Defendant's First Motion to Strike Plaintiff's Claim for Lost

Earning Capacity (docket #149), filed June 19, 2007.

Due to a scheduling conflict of the Court, this trial was continued to November

26, 2007.  However, on July 11, 2007, the parties filed a motion to vacate the

November 26, 2007 trial date.  The parties contacted my chambers, and the trial was

reset to **May 19, 2008.**  Therefore, in light of the new trial date and due to docket

management, the above-referenced motions should be denied without prejudice with leave to refile pursuant to the time frame noted in my practice standards.  Accordingly, it is

ORDERED that the following motions: (1) Defendant's First Motion in Limine re. Nagem's Financial Assets (docket #144); (2) Defendant's First Motion in Limine re. Nagem's Hobby of Car Racing (docket #145); (3) Defendant's First Motion in Limine to Limit the Testimony of Aaron and Tanya Ramsay (docket #147); (4) Defendant's First Motion in Limine re. Plaintiff's Reference to Settlement Negotiations (docket #148); and (5) Defendant's First Motion to Strike Plaintiff's Claim for Lost Earning Capacity (docket #149) are **DENIED WITHOUT PREJUDICE**.

Dated:  October 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge