IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN,

Plaintiff,

v.

EDMUND NAGEM, JR.,

Defendant.

---

**ORDER REGARDING
(1) DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SIXTH SUPPLEMENTAL EXPERT AND REBUTTAL EXPERT DISCLOSURE (DOCKET NO. 199)
AND
(2) DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES SEVEN THROUGH TWENTY-FOUR (DOCKET NO. 201)**

---

**Entered by United States Magistrate Judge Michael J. Watanabe**

This matter is before the court on Defendant's Motion to Strike Plaintiff's Sixth Supplemental Expert and Rebuttal Expert Disclosure (docket no. 199) and Defendant's Motion to Strike Plaintiff's Expert Witnesses Seven through Twenty-Four (docket no. 201). The court has reviewed the subject motions (docket nos. 199 and 201) and the responses (docket no. 204 and 214) thereto. In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDING OF FACT AND CONCLUSIONS OF LAW**

The court finds:

1. That I have jurisdiction over the subject matter and over the parties to this lawsuit;

2. That venue is proper in the state and District of Colorado;

3. That each party has been given a fair and adequate opportunity to be heard;

4. That the Rule 16 Scheduling Order required Plaintiff to disclose his expert witnesses by February 1, 2006, and his rebuttal experts by March 27, 2006. *See* Rule 16 Scheduling Order, Section 7 d. 3. and 5. (docket no.14);

5. That the Rule 16 Scheduling Order required Defendant to disclose his expert witnesses by March 1, 2006. *See* Rule 16 Scheduling, Section 7 d. 4. Order (docket no. 14);

6. That the Rule 16 Scheduling Order set the deadline to complete discovery on April 14, 2006. *See* Rule 16 Scheduling Order, Section 7 b. (docket no. 14);

7. That the Rule 16 Scheduling Order permitted Plaintiff and Defendant six (6) experts without leave of court. *See* Rule 16 Scheduling Order, section 7(d)(2) (docket no. 14);

8. That on February 8, 2008, more than two years late, Plaintiff filed his sixth supplemental expert and rebuttal expert disclosure in which Plaintiff identified his 25th expert witness, Dr. Rook;

9. That Dr. Rook's disclosure is untimely per this Court's Rule 16

Scheduling Order (docket no. 14) and is prejudicial to the Defendant since it was made after the date to complete discovery and because the trial on the merits is set on May 19, 2008, at 9:00 a.m. before Judge Wiley Y. Daniel. Accordingly, Dr. Rook should be stricken pursuant to Fed. R. Civ. P. 37(c)(1) because it is in violation of this court's Rule 16 Scheduling Order and in violation of Judge Daniel's Practice Standards II (D), General Procedures, Deadlines;

10. That in the Final Pretrial Order, Plaintiff lists 22 "will call" experts and two "may call" experts. *See* Final Pretrial Order (docket no. 114);

11. That Plaintiff is limited to six (6) experts in this case. *See* Rule 16 Scheduling Order, section 7(d)(2) (docket no. 14). Accordingly, Plaintiff's listed experts seven through twenty-four, inclusive, in the Final Pretrial Order (docket no. 114) shall be stricken, and Plaintiff may not call these experts as witnesses at trial.

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Defendant's Motion to Strike Plaintiff's Sixth Supplemental Expert and Rebuttal Expert Disclosure (docket no. 199) is **GRANTED** and the Sixth Supplemental Expert and Rebuttal Expert

Disclosure is stricken;

2. That Defendant's Motion to Strike Plaintiff's Expert Witnesses Seven Through Twenty-Four (docket no. 201) is **GRANTED**, and Plaintiff's listed experts seventh through twenty-four, inclusive, in the Final Pretrial Order (docket no. 114) shall be stricken and Plaintiff may not call these experts as witnesses at trial;

3. That each party shall pay their own attorney fees and costs for this motion.

Done this 24th day of March 2008.

                                      BY THE COURT

                                      s/ Michael J. Watanabe
                                      MICHAEL J. WATANABE
                                      U.S. MAGISTRATE JUDGE