IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN,

    Plaintiff,

v.

EDMUND NAGEM, JR.; and
SOUTHWEST MEDICAL SUPPLY,

    Defendants.

---

### MINUTE ORDER
---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Vacate Trial Date (docket #219), filed March 27, 2008 is **GRANTED.** The five-day jury trial set in the above matter for Monday, September 8, 2008 at 9:00 a.m. is **VACATED**. Accordingly, the final trial preparation conference set for Thursday, August 14, 2008 at 3:30 p.m. is **VACATED.** The parties are ordered to contact my chambers at 303-335-2170 not later than **Friday, April 4, 2008** in order to reset the trial.

    Dated: March 28, 2008