IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01408-WYD-MJW

DARIN K. BROWN,

    Plaintiff,

v.

EDMUND NAGEM, JR.; and
SOUTHWEST MEDICAL SUPPLY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On April 3, 2008, the parties contacted my chambers in order to reset the trial in this matter. After conferring with the parties, the 5-day trial to a jury is set for **Monday, March 23, 2009 at 9:00 a.m.** The final trial preparation conference is set for **Thursday, March 5, 2009 at 9:00 a.m.**

    Additionally, in light of the resetting of the trial, the following motions are **DENIED WITHOUT PREJUDICE** with leave to file closer to trial in compliance with my practice standards:

    1.    Second MOTION to Strike Plaintiff's Claim for Lost Earning Capacity Damages (docket #191)

    2.    Second MOTION in Limine re. Nagem Hobby of Car Racing (docket #192)

    3.    Second MOTION in Limine re. Plaintiff's Reference to Settlement Negotiations (docket #193)

    4.    Second MOTION in Limine re. Nagem Financial Assets (docket #194)

    5.    Second MOTION in Limine to Limit the Testimony of Aaron and Tanya Ramsay (docket #195)

    6.    MOTION in Limine RE: PIP BENEFITS (docket #200)

Dated: April 3, 2008