IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01408-CMA-MJW

DARIN K. BROWN, et al.,

Plaintiff(s),

v.

EDMUND NAGEM, JR., et al.,

Defendant(s).

MINUTE ORDER

It is hereby **ORDERED** that Defendant's Motion for Follow-Up Physical and Mental Examination of Plaintiff Darin K. Brown (docket no. 225) is **DENIED** finding no basis in law or fact to grant such relief. Moreover, I find the subject motion (docket no. 225) to be untimely. This case was filed on July 27, 2005. The parties have had sufficient time to complete discovery and Defendant has already had one Rule 35 Examination ("IME") of Plaintiff. The deadline to complete discovery has expired and the Final Pretrial Order (docket no. 114) was entered by this court on November 27, 2006. All of the dispositive motions have been ruled upon and District Judge Arguello has a trial preparation conference set on this case for March 5, 2009, and a jury trial set to begin on March 23, 2009. This court need not have to wait to rule on this motion until after a response is filed. D.C.COLO.LCivR 7.1 C. states, *in pertinent part*: "... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed." Under these facts, there is no need for a response to be filed.

It is **FURTHER ORDERED** that Defendants shall use the correct case number with any further filings with this court. The correct case number is 05-cv-01408-CMA-MJW and **not** 05-cv-01408-WYD-MJW.

Date: February 3, 2009