IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01408-CMA-MJW

DARIN K. BROWN, et al.,

Plaintiffs,

v.

EDMUND NAGEN, JR., et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion for Follow-Up Physical and Mental Examination of Plaintiff Darin K. Brown [Docket No. **228,** Filed February 04, 2009] is DENIED AS MOOT. Defendant is directed to the Minute Order issued by the Court February 03, 2009 [Docket No. 227].

Date: February 06, 2009