IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 05-cv-01408-CMA-MJW

DARIN K. BROWN,

    Plaintiff,

v.

EDMUND NAGEM, JR.,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

This matter is before the Court on the parties Notice of Arbitration Agreement (Doc. # 231) filed on February 9, 2009. Upon review of the file, the Court finds that this case should be administratively closed. Accordingly,

IT IS ORDERED that the Clerk of the Court shall administratively close this action. It is

FURTHER ORDERED that the Final Trial Preparation Conference set for March 5, 2009 and the five-day jury trial set to commence on March 23, 2009 in this matter are hereby VACATED.

DATED: February __26__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge